John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

*Counsel for The Dugaboy Investment Trust*

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § | Case No. 19-34054-sgj11 |
| | § | |
| Reorganized Debtor. | § | |
| | § | |
| THE DUGABOY INVESTMENT TRUST, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| | § | Case No. 3:25-cv-02072-S |
| v. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., et al., | § | |
| | § | |
| | § | |
| Appellees. | § | |
| | § | |
| | § | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned case as counsel to The Dugaboy Investment Trust ("Dugaboy"), Appellant in the above-captioned case, and requests that, pursuant to

1

Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case be given and served upon:

John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, or suit is intended to waive Dugaboy's right to have final orders in non-core matters entered only after de novo review by a district judge; Dugaboy's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; Dugaboy's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which Dugaboy is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Dugaboy expressly reserves.

Dated: August 13, 2025                Respectfully submitted,

                                      **WINSTON & STRAWN LLP**

                                      By: */s/ John Michael Gaddis*

                                      John Michael Gaddis
                                      Texas Bar No. 24069747
                                      mgaddis@winston.com
                                      2121 N. Pearl Street, Suite 900
                                      Dallas, TX 75201
                                      (214) 453-6500
                                      (214) 453-6400 (fax)

                                      ***Counsel for The Dugaboy Investment Trust***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2025, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

                                      */s/ John Michael Gaddis*
                                      John Michael Gaddis