| | |
|---|---|
| Geoffrey S. Harper | Michael J. Lang |
| Texas Bar No. 00795408 | Texas State Bar No. 24036944 |
| gharper@winston.com | mlang@cwl.law |
| John Michael Gaddis | Alexandra Ohlinger |
| Texas Bar No. 24069747 | Texas State Bar No. 24091423 |
| mgaddis@winston.com | aohlinger@cwl.law |
| WINSTON & STRAWN LLP | CRAWFORD, WISHNEW & LANG PLLC |
| 2121 N. Pearl Street, Suite 900 | 1700 Pacific Ave, Suite 2390 |
| Dallas, TX 75201 | Dallas, Texas 75201 |
| (214) 453-6500 | Telephone: (214) 817-4500 |
| (214) 453-6400 (fax) | |

*Counsel for Appellant The Dugaboy Investment Trust*

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |
| THE DUGABOY INVESTMENT TRUST, et al., | Case No. 3:25-cv-02072-S |
| Appellants, | |
| v. | |
| HIGHLAND CAPITAL MANAGEMENT, L.P, et al., | |
| Appellees. | |

## APPELLANT THE DUGABOY INVESTMENT TRUST'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas, The Dugaboy Investment Trust ("the Trust" or "Appellant"), appellant in the above-referenced

1

matter (the "Appeal"), hereby submits its Certificate of Interested Persons and would show the Court as follows:

1. The Dugaboy Investment Trust is the only Appellant in this Appeal.

2. Mr. James Dondero is the 100% primary irrevocable beneficiary of the Dugaboy Investment Trust, and accordingly has a financial interest in the outcome of this Appeal.

3. The Dugaboy Investment Trust is represented in this Appeal by Michael J. Lang and Alexandra Ohlinger of Crawford, Wishnew & Lang PLLC, and by Geoffrey S. Harper and John Michael Gaddis of Winston & Strawn LLP.

4. Highland Capital Management, L.P. is an Appellee in this Appeal and is also the reorganized debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11, pending in the United States Bankruptcy Court of the Northern District of Texas. Highland Capital Management, L.P. is represented in this Appeal by Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

5. Highland Claimant Trust is an Appellee in this Appeal, and is represented by Pachulski Stang Ziehl & Jones LLP and Hayward PLLC.

6. Appellant reserves the right to amend or supplement this Certificate of Interested Persons if necessary or appropriate.

Dated: August 18, 2025

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Geoffrey S. Harper*

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

Michael J. Lang
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger
Texas State Bar No. 24091423
aohlinger@cwl.law
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

*Counsel for Appellant The Dugaboy Investment Trust*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2025, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper