Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

*Counsel for Appellant The Dugaboy Investment Trust*

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | |
|---|---|
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>Reorganized Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST,<br>Appellant,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P, et al.,<br>Appellees. | Case No. 3:25-cv-01876-K<br>**Case No. 3:25-cv-02072-S**<br>Case No. 3:25-cv-02579-B<br>Case No. 3:25-cv-02724-L |

**APPELLANT THE DUGABOY INVESTMENT TRUST'S MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION TO CONSOLIDATE PROCEEDINGS ON APPEAL**

Appellant The Dugaboy Investment Trust ("Dugaboy" or "Appellant") respectfully asks this Court to stay its proceedings and briefing deadlines pending Judge Kinkeade's ruling in a related case on a motion to consolidate, and would show as follows:

1. This case is one of four closely-related appeals from the same underlying bankruptcy case. *See In re Highland Capital Management, L.P.*, Case No. 19-34054-sgj11. All four appeals involve the same parties and substantially identical factual records, and each appeal seeks review of closely related decisions by the same bankruptcy court judge.

2. The four appellate proceedings are as follows:

| **Appeal filed:** | **Case Number:**[1] | **Judge:** | **Bankruptcy Court Order appealed:** |
|---|---|---|---|
| 7/14/2025 | 3:25-cv-01876-K | Kinkeade | Order approving settlement (D4297) |
| 8/4/2025 | 3:25-cv-02072-S | Scholer | Order denying motion to stay (D4333) |
| 9/16/2025 | 3:25-cv-02579-B | Boyle | Order denying motion to recuse (D4379) |
| 10/6/2025 | 3:25-cv-02724–L | Lindsay | Order granting motion to fix Class 11 interests (D4401) |

3. The Federal Rules of Bankruptcy Procedure allow a district court, in its

[1] For convenience, Dugaboy will refer to each proceeding by the last four digits of its case number (*e.g.*, "1876 case" or "2072 appeal").

discretion, to consolidate multiple appeals into a single proceeding. *See* Bankruptcy Rule 8003(b)(2) ("When parties have separately filed timely notices of appeal, the district court . . . may join or consolidate the appeals."). As shown in the chart above, each of the four appeals at issue was commenced by Dugaboy in separately filed and timely notices of appeal.

4. The appeal before Judge Kinkeade (No. 25-1876) was the "first-filed" appeal, which empowers Judge Kinkeade to decide whether the other three appeals should be consolidated into his 1876 case. *See, e.g.*, *Cadle Co. v. Whataburger of Alice*, 174 F.3d 599, 603 (5th Cir. 1999) (explaining first-to-file rule); *Sutter Corp. v. P&P Indus., Inc.*, 125 F.3d 914, 917 (5th Cir. 1997) (same). Under the first-to-file rule, Judge Kinkeade's court is the ***only*** court with the authority to rule on a motion for consolidation. *See id*.
5. On October 23, 2025, Dugaboy filed a "Motion to Consolidate Proceedings on Appeal" in Judge Kinkeade's case, in which Dugaboy asked Judge Kinkeade to consolidate the four appeals with his 1876 case as the lead case. *See* No. 25-1876, Dkt. 39. A copy of Dugaboy's filing in Judge Kinkeade's case is attached here as Exhibit 1.
6. The purpose of Dugaboy's proposed consolidation is not merely for the

convenience of the parties, but also to serve the interests of judicial economy by avoiding the waste and expense of litigating similar issues on substantially identical records before four different district court judges, creating a risk of potentially inconsistent judgments.

7. The same interests of judicial economy and avoiding wasteful duplication will also be served by staying all proceedings and briefing deadlines in the other three appellate cases, including the one in this Court, pending Judge Kinkeade's decision in the 1876 case whether to consolidate the four appeals.

For these reasons, Dugaboy respectfully asks this Court to stay all proceedings and briefing deadlines in Case No. 3:25-cv-02072-S, pending Judge Kinkeade's ruling on Dugaboy's Motion to Consolidate in the 1876 case.

Dated: October 24, 2025

Respectfully submitted,

**WINSTON & STRAWN LLP**

By: */s/ Geoffrey S. Harper*

Geoffrey S. Harper
Texas Bar No. 00795408
gharper@winston.com
John Michael Gaddis
Texas Bar No. 24069747
mgaddis@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

***Counsel for Appellant The Dugaboy Investment Trust***

## CERTIFICATE OF SERVICE

I certify that on October 24, 2025, a copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(b), I certify that on October 24, 2025 Dugaboy counsel Mike Gaddis conferred by email with John Morris, counsel for the Highland Appellees, and was informed that the Appellees are opposed to the relief requested in this Motion.

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper

**CERTIFICATE OF COMPLIANCE**

1. This document complies with the word limit of Fed. R. Bankr. P. 8013(f)(3)(A) because, excluding the portions excluded by Fed. R. Bankr. P. 8015(g), this document contains 513 words.

2. This document complies with the typeface requirements of Fed. R. Bankr. P. 8015(a)(5) and the type-style requirements of Fed. R. Bankr. P. 8015(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, typeface Times New Roman, 14-point type (12-point type in footnotes).

*/s/ Geoffrey S. Harper*
Geoffrey S. Harper