| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | HAYWARD PLLC |
| Jeffrey N. Pomerantz (admitted *pro hac vice*) | Melissa S. Hayward (Texas Bar No. 24044908) |
| John A. Morris *(*admitted *pro hac vice)* | MHayward@HaywardFirm.com |
| Jordan A. Kroop (admitted *pro hac vice*) | Zachery Z. Annable (Texas Bar No. 24053075) |
| Hayley R. Winograd (admitted *pro hac vice*) | ZAnnable@HaywardFirm.com |
| 10100 Santa Monica Blvd., 13th Floor | 10501 N. Central Expy, Ste. 106 |
| Los Angeles, CA 90067 | Dallas, Texas 75231 |
| Tel: (310) 277-6910 | Tel: (972) 755-7100 |

*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust*[*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST,<br><br>Appellant,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br><br>Appellees. | Case No. 3:25-cv-02072-S |

## APPELLEES' CONSENT TO THE RELIEF REQUESTED IN DUGABOY INVESTMENT TRUST'S MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION TO CONSOLIDATE PROCEEDINGS ON APPEAL

Appellees Highland Capital Management, L.P. and the Highland Claimant Trust (together, "**Appellees**") hereby consent to the relief requested in *Appellant The Dugaboy Investment Trust's Motion to Stay Proceedings Pending Ruling on Motion*

---

[*] The Highland Litigation Sub-Trust (the "**Sub-Trust**") was an appellee but, after the Kirschner Claims were sold to Hunter Mountain Investment Trust ("**HMIT**"), the Bankruptcy Court authorized HMIT's substitution as plaintiff and the Sub-Trust was dissolved.

*to Consolidate Proceedings on Appeal* [Doc 16, the "**Stay Motion**"], subject to Appellees' reservation of all rights, including the right to dispute and correct certain statements contained in the Stay Motion.[1]

Dated: October 30, 2025

| **PACHULSKI STANG ZIEHL & JONES LLP** | **HAYWARD PLLC** |
|---|---|
| Jeffrey N. Pomerantz (admitted *pro hac vice*)<br>John A. Morris (admitted *pro hac vice*)<br>Jordan A. Kroop (admitted *pro hac vice*)<br>Hayley R. Winograd (admitted *pro hac vice*)<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 277-6910<br>Email: jpomeranz@pszjlaw.com<br>         jmorris@pszjlaw.com<br>         jkroop@pszjlaw.com<br>         hwinograd@pszjlaw.com | /s/ *Zachery Z. Annable*<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100 |

*Counsel for Highland Capital Management, L.P. and the Highland Claimant Trust*

---

[1] Appellant's *Certificate of Conference* accurately states that Appellees were initially opposed to the relief requested in the Stay Motion. Upon further review, Appellees withdraw their opposition and consent to the requested "stay [of] all proceedings and briefing deadlines" in this appeal "pending Judge Kinkeade's ruling on Dugaboy's Motion to Consolidate in the 1876 case." Stay Motion at 3.

## CERTIFICATE OF COMPLIANCE

1. This document complies with Fed. R. Bankr. P. 8013(f)(3)(C) because, excluding the portions excluded by Fed. R. Bankr. P. 8015(g), this document contains 121 words.

2. This document complies with Fed. R. Bankr. P. 8015(a)(5) and (6) because it has been prepared using Microsoft Word in a proportionally spaced typeface (Times New Roman), 14-point type (12-point type for footnotes).

      */s/ Zachery Z. Annable*
      Zachery Z. Annable

## CERTIFICATE OF SERVICE

I certify that, on October 30, 2025, a copy of this document was served electronically via the Court's CM/ECF system to all parties registered to receive electronic notices in this case.

      */s/ Zachery Z. Annable*
      Zachery Z. Annable