# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| THE DUGABOY INVESTMENT TRUST | § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-2072-S |
| HIGHLAND CAPITAL MANAGEMENT, L.P., et al. | § § § § | |
| IN RE: | § § | BANKRUPTCY CASE NO. 19-34054-SGJ11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § | |

### ORDER

Before the Court is Appellant The Dugaboy Investment Trust's Motion to Stay Proceedings Pending Ruling on Motion to Consolidate Proceedings on Appeal ("Motion") [ECF No. 16]. The Court has considered the Motion, Appellees' Consent to the Relief Requested in the Motion, [ECF No. 17], and the applicable law. For the reasons stated in the Motion, the Court **GRANTS** the Motion.

This case is **STAYED and ADMINISTRATIVELY CLOSED** for the reasons stated in the Motion. This case may be reopened upon motion by any party.

**SO ORDERED.**

SIGNED October 31, 2025.

*[signature]*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**