**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br>Reorganized Debtor. | Chapter 11<br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST and PATRICK DAUGHERTY,<br>Appellants,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br>Appellees. | Case No. 3:25-cv-01876-K |
| THE DUGABOY INVESTMENT TRUST,<br>Appellant,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br>Appellees. | Case No. 3:25-cv-02072-S |
| THE DUGABOY INVESTMENT TRUST,<br>Appellant,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br>Appellees. | Case No. 3:26-cv-02315-X |
| THE DUGABOY INVESTMENT TRUST,<br>Appellant,<br>v.<br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br>Appellees. | Case No. 3:26-cv-02496-D |

**ORDER GRANTING**
**HIGHLAND CAPITAL MANAGEMENT, L.P.**
**AND THE HIGHLAND CLAIMANT TRUST'S**
**MOTION TO CONSOLIDATE BANKRUPTCY APPEALS**

Having considered the *Motion to Consolidate Appeals* (the "Motion") of appellees Highland Capital Management, L.P. ("HCMLP") and the Highland Claimant Trust (together with HCMLP, "Highland"), in which Highland moved to consolidate the following appeals: (1) *The Dugaboy Investment Trust et al. v. Highland Capital Management, L.P., et al.*, Case No. 3:25-cv-01876-K (N.D. Tex.) (the "Rule 9019 Appeal"), (2) *The Dugaboy Investment Trust v. Highland Capital Management, L.P., et al.*, Case No. 3:25-cv-02072-S (N.D. Tex.) (the "Stay Appeal"), (3) *The Dugaboy Investment Trust v. Highland Capital Management, L.P., et al.*, Case No. 3:26-cv-02315-X (N.D. Tex.) (the "Rule 60(b) Appeal"), and (4) *The Dugaboy Investment Trust v. Highland Capital Management, L.P., et al.*, Case No. 3:26-cv-02496-D (N.D. Tex.) (the "Rule 59(e) Appeal"; together with the Rule 9019 Appeal, the Stay Appeal, and the Rule 60(b) Appeal, the "Appeals"), the Court hereby finds that consolidation of the Appeals serves the interests of judicial efficiency and is therefore warranted. Accordingly, it is hereby **ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Appeals are hereby consolidated under Case No. 3:25-cv-01876-K.

3. All future filings related to the Appeals shall be filed on the docket for Case No. 3:25-cv-01876-K.

**IT IS SO ORDERED** this __ day of _______________, 2026.

_________________________
The Honorable Ed Kinkeade
United States District Judge