UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

The Dugaboy Investment Trust et al. §
*Plaintiff* §
§
§
v. § Case No. 3:25-cv-2072
§
§
Highland Capital Management LP et al. §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Willkie Farr & Gallagher LLP, with offices at

1875 K Street NW
(Street Address)

Washington
(City)

DC
(State)

20006
(Zip Code)

202-303-1000
(Telephone No.)

202-303-2000
(Fax No.)

**II.** Applicant will sign all filings with the name Mark T. Stancil.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Highland Capital Management LP and the Highland Claimant Trust

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

For Court Use Only.
Bar Status Verified:

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

District of Columbia, where Applicant regularly practices law.

Bar license number: 479012 Admission date: September 13, 2002

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attached | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
| --- | --- |
| | See attachment |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Zachery Z. Annable, Hayward PLLC, who has offices at

10501 N. Central Expressway, Suite 106
(Street Address)

| Dallas | TX | 75231 |
| --- | --- | --- |
| (City) | (State) | (Zip Code) |

| (972) 755-7108 | (972) 755-7110 |
| --- | --- |
| (Telephone No.) | (Facsimile No.) |

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 9th day of September, 2026.

Mark T. Stancil
Printed Name of Applicant

/s/Mark T. Stancil
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

| Court | Admission Date | Active or Inactive |
|---|---|---|
| USDC, District of Columbia | 11/4/2002 | Active |
| USDC, Eastern District of Virginia | 8/8/2007 | Active |
| USCA, First Circuit | 11/18/2013 | Active |
| USCA, Second Circuit | 07/10/2009 | Active |
| USCA, Third Circuit | 10/07/2002 | Active |
| USCA, Fourth Circuit | 11/19/2004 | Active |
| USCA, Seventh Circuit | 07/03/2013 | Active |
| USCA, Eighth Circuit | 05/20/2011 | Active |
| USCA , Ninth Circuit | 12/07/2006 | Active |
| USCA , Tenth Circuit | 02/24/2014 | Active |
| USCA, Eleventh Circuit | 07/14/2008 | Active |
| USCA, DC Circuit | 02/26/2010 | Active |
| USCA, Federal Circuit | 10/21/2002 | Active |
| U.S. Supreme Court | 1/18/2005 | Active |
| State of Virginia | 10/14/1999 | Active |

**Statement of Additional Applications**

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| 10/17/2023 | 3:23-cv-02071, Hunter Mountain Investment Trust, v. Highland Capital |
| 7/22/2024 | 3:24-cv-01787, Hunter Mountain Investment Trust, v. Highland Capital |
| 2/7/2025 | 3:24-cv-01786, Hunter Mountain Investment Trust, v. Highland Capital |
| 7/28/2026 | 3:26-cv-2315-X, Dugaboy Investment Tr. v. Highland Capital Mgmt. |
| 8/11/2026 | 3:26-cv-02496-D, Dugaboy Investment Tr. v. Highland Capital Mgmt. |

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Mark Thomas Stancil*

*was duly qualified and admitted on September 13, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 27, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***