# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE DUGABOY INVESTMENT TRUST<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., et al. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:25-CV-2072-S |
| IN RE:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. | §<br>§<br>§<br>§<br>§ | BANKRUPTCY CASE NO. 19-34054-SGJ11 |

**ORDER**

Before the Court is Appellees Highland Capital Management, L.P., and the Highland Claimant Trust's Motion to Consolidate Bankruptcy Appeals ("Motion") [ECF No. 19]. For the following reasons, the Court **DENIES** the Motion.

First, this Court does not have the power to grant the relief sought by Appellees. Appellees seek consolidation of this and two other appeals into a lead case, *The Dugaboy Investment Trust v. Highland Capital Management, L.P.*, No. 3:25-CV-1876-K (N.D. Tex.) ("Rule 9019 Appeal"). This Court is not presiding over the Rule 9019 Appeal and has not accepted transfer of any of the other appeals; therefore, the Court is unable to consolidate the appeals. As such, the Court **DENIES** the Motion because it lacks the authority to grant the relief Appellees seek.

In the alternative, to the extent the Court instead construes the Motion as a request to transfer this case to the court hearing the Rule 9019 Appeal for potential consolidation, the Court concludes that transfer is not appropriate. That court has already denied a prior request to

consolidate this case into the Rule 9019 Appeal. *See* Rule 9019 Appeal, Dkt. No. 48. The Court sees no reason to revisit that ruling. Accordingly, the Court **DENIES** the Motion in its entirety.

The Court previously stayed this case pending resolution of the consolidation issue. *See* ECF No. 18. Because that issue has now been fully decided, the Court **REOPENS** this case and sets the following briefing deadlines. Appellant's brief must be filed by **November 2, 2026**. Appellees' brief must be filed by **December 2, 2026**. Appellant's reply brief, if necessary, must be filed by **December 16, 2026**.

**SO ORDERED.**

SIGNED October 2, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**