**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST,<br><br>*Appellant*,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et al.*,<br>*Appellees.* | Case No. 3:25-cv-02072-S |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael J. Edney, of the law firm Morgan, Lewis & Bockius LLP, a member in good standing of the bar of this Court, hereby enters an appearance in the above-captioned action as counsel for Appellant The Dugaboy Investment Trust in the above-referenced matter.

Dated: October 6, 2026

Respectfully submitted,

*/s/ Michael J. Edney*

Michael J. Edney
D.C. Bar No. 492024
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
T. (202) 739-3000
F. (202) 739-3001
michael.edney@morganlewis.com

Avery Joseph Welker
Texas Bar No. 24137706
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T. (713) 890-5000
F. (713) 890-5001
avery.welker@morganlewis.com

***Counsel for The Dugaboy Investment Trust***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on counsel of record on this date October 6, 2026, via the Court's CM/ECF system.

*/s/ Michael J. Edney*

Michael J. Edney