# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THE DUGABOY INVESTMENT TRUST<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., et al. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:25-CV-2072-S |
| IN RE:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. | §<br>§<br>§<br>§<br>§ | BANKRUPTCY CASE NO. 19-34054-SGJ11 |

**ORDER**

Before the Court is Appellee Highland Litigation Sub-Trust's Motion to Substitute Counsel [ECF No. 32]. The Court, having reviewed the Motion, finds that good cause has been shown and **GRANTS** the Motion. Robert S. Loigman, Deborah J. Newman, and Paige H. Montgomery are granted leave to withdraw as counsel for Highland Litigation Sub-Trust. The Court **DIRECTS** the Clerk of the Court to remove Loigman, Newman, and Montgomery as counsel of record on the docket and electronic notification list. Jeffrey N. Pomerantz, John A. Morris, Gregory V. Demo, Jordan A. Kroop, Melissa S. Hayward, and Zachery Z. Annable shall be substituted as counsel of record for Highland Litigation Sub-Trust.

**SO ORDERED.**

SIGNED October 19, 2026.

Karen Gren Scholer

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**