# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THE DUGABOY INVESTMENT TRUST<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., et al. | § § § § § § § § | CIVIL ACTION NO. 3:25-CV-2072-S |
| IN RE:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. | § § § § § | BANKRUPTCY CASE NO. 19-34054-SGJ11 |

**ORDER**

Before the Court is Appellant The Dugaboy Investment Trust's Unopposed Motion to Supplement the Record on Appeal ("Motion") [ECF No. 34]. Having considered the Motion, the Court **GRANTS** the Motion.

It is therefore **ORDERED** that the Bankruptcy Clerk is to transmit a supplemental record on appeal with the transcript at Bankr. Dkt. 4296.

**SO ORDERED.**

SIGNED October 29, 2026.

Karen Gren Scholer

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**