John Ashcroft
Missouri Bar No. 20802
rrussell@ashcroftlawfirm.com
The Ashcroft Law Firm
PO Box 160368
Austin, TX 78716
(512) 370-1800

*Counsel for The Dugaboy Investment Trust*

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | §<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| THE DUGABOY INVESTMENT TRUST,<br><br>Appellant,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., et al.,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:25-cv-02072-S |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned case as counsel to The Dugaboy Investment Trust ("Dugaboy"), Appellant in the above-captioned case, and requests that, pursuant to

Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case be given and served upon:

John Ashcroft
Missouri Bar No. 20802
rrussell@ashcroftlawfirm.com
The Ashcroft Law Firm
PO Box 160368
Austin, TX 78716
(512) 370-1800

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, or suit is intended to waive Dugaboy's right to have final orders in non-core matters entered only after de novo review by a district judge; Dugaboy's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; Dugaboy's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which Dugaboy is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Dugaboy expressly reserves.

Dated: November 3, 2026

Respectfully submitted,

**The Ashcroft Law Firm**

By: */s/ John Ashcroft*

John Ashcroft
Missouri Bar No. 20802
rrussell@ashcroftlawfirm.com
PO BOX 160368
Austin, TX 78716
(512) 370-1800

***Counsel for The Dugaboy Investment Trust***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 3, 2026, a true and correct copy of this document was served electronically via the Court's CM/ECF system to the parties registered or otherwise entitled to receive electronic notices in this case.

*/s/ JohnAshcroft*
John Ashcroft